## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: | Case No.: 23-20032 |
| Shirley A Hohman, | Chapter 13 Proceeding |
| Debtor(s)./ | Honorable Daniel S. Opperman |

## **STIPULATION TO ADJOURN HEARING**

This matter is set for hearing on Debtor's Objection to Proof of Claim 17 on October 12, 2023, at 10:00 A.M.

The undersigned parties hereby stipulate to adjourn the hearing to November 9, 2023, at 10:00 A.M.

Dated: October 10, 2023          /s/ *Kimberly A. Kramer*
                                 Kimberly A. Kramer (P59045)
                                 916 Washington Avenue, Suite 301
                                 Bay City, MI 48708
                                 (989) 671-4333
                                 efiling@kramerlaw.org

Dated: October 10, 2023          /s/ *Janemarie Miller*
                                 Jeanmarie Miller (P44446)
                                 3030 West Grand Blvd, Ste. 10-200
                                 Detroit, MI 48202
                                 (313) 456-0140
                                 MillerJ51@michigan.gov

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION

In the Matter of:                             Case No.: 23-20032
Shirley A Hohman,                       Chapter 13 Proceeding
                      Debtor(s)./        Honorable Daniel S. Opperman

**ORDER ADJOURNING HEARING**

      This matter is set for hearing on Debtor's objection to Proof of Claim 17 on October 12, 2023, at 10:00 A.M.

      **IT IS HEREBY ORDERED** that the hearing is adjourned to November 9, 2023, at 10:00 A.M.